UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIDNEY L. CARTER,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

                                         /

Case No. 16-13073

Honorable John Corbett O'Meara

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S AUGUST 21, 2017 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Mona K. Majzoub's August 21, 2017 Report and Recommendation, as well as Plaintiff's September 5, 2017 objections to the report and Defendant's September 19, 2017 response to those objections.

After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Majzoub's Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that plaintiff Carter's motion for summary judgment is **DENIED**, and Defendant's motion for summary judgment is **GRANTED.**

                                      s/John Corbett O'Meara
                                      United States District Judge

Date:  September 26, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 26, 2017, using the ECF system.

<span style="margin-left: 3em;">s/William Barkholz</span>
<span style="margin-left: 3em;">Case Manager</span>